# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1517SD

_____

| | | |
|---|---|---|
| Garland Ray Gregory, Jr., | * | |
| | * | |
| Appellant, | * | |
| | * | On Appeal from the United |
| v. | * | States District Court |
| | * | for the District of |
| M. W. Dean, Disciplinary Hearing | * | South Dakota. |
| Officer; Douglas L. Weber, Warden, | * | |
| South Dakota State Penitentiary; Jeff | * | [Not To Be Published] |
| Bloomberg, Secretary of Corrections, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 18, 2001
Filed: July 30, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
Circuit Judges.

_____

PER CURIAM.

Garland Gregory appeals the District Court's[1] 28 U.S.C. § 1915A dismissal of his 42 U.S.C. § 1983 complaint without prejudice. Gregory claimed that his due process rights were violated at a prison disciplinary hearing, which resulted in twenty

_____

[1]The Honorable John Bailey Jones, United States District Judge for the District of South Dakota.

days in disciplinary segregation. We conclude the District Court did not err in dismissing Gregory's complaint. See <u>Sandin v. Conner</u>, 515 U.S. 472, 483-84 (1995) (failure to allow inmate to present witnesses at disciplinary hearing, after which he was placed in disciplinary segregation for 30 days, did not deprive inmate of liberty interest protected by due process); <u>Cooper v. Schriro</u>, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (de novo standard of review).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.